The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID W. TIPPENS,<br>Defendant. | NO. CR16-5110 RJB<br><br>**STIPULATION OF THE PARTIES REGARDING RELOCATION** |

The United States of America, by and through Annette L. Hayes, United States Attorney, and Matthew Hampton and Grady J. Leupold, Assistant United States Attorneys, and the Defendant, DAVID W. TIPPENS, and his attorney, Colin Fieman, hereby stipulate and agree to the following:

1. Between November 2014 and September 2015, David W. Tippens lived in Wahiawa, Hawaii, while serving with the U.S. Army.

2. In July 2015, David W. Tippens received orders from the U.S. Army transferring him to Joint Base Lewis-McChord in Washington State.

3. On August 26, 2015, a commercial moving company hired and paid for by the U.S. Army picked up David W. Tippens's household goods in Hawaii for transport to Washington State. Those household goods were delivered to his University Place, Washington, home on October 2, 2015.

STIPULATION OF THE PARTIES REGARDING RELOCATION - 1
CR16-5110RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. On September 29, 2015, David W. Tippens flew from Hawaii to Seattle, Washington, on Alaska Airlines Flight #860 and began living in University Place, Washington.

5. The FBI and Army Criminal Investigation Division (CID) began an investigation of David W. Tippens in June 2015 while he was still stationed in Hawaii.

6. CID notified the FBI of David W. Tippens's transfer orders prior to his relocation to Washington State in September 2015.

7. In some cases, the FBI has requested that the Army stop or delay the transfer of personnel who are the subject of investigation. In this case, however, the FBI did not do so. The FBI Honolulu Division then referred the case to the FBI Seattle Division for further investigation.

DATED this 24th day of February, 2017.

DAVID W. TIPPENS
DEFENDANT

COLIN FIEMAN
ATTORNEY FOR DAVID TIPPENS

MATTHEW P. HAMPTON
GRADY J. LEUPOLD
ASSISTANT UNITED STATES ATTORNEYS

STIPULATION OF THE PARTIES REGARDING RELOCATION - 2
CR16-5110RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on March 1, 2017, I electronically filed the foregoing with |
| 3 | the Clerk of the Court using the CM/ECF system which will send notification of such |
| 4 | filing to the attorney(s) of record for the defendant. |
| 5 | |
| 6 | |
| 7 | *s/Amy Strickling* |
|   | Amy Strickling, Paralegal |
|   | Federal Public Defender Office |