1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                 AT TACOMA

10

11   UNITED STATES OF AMERICA,          CASE NO. CR16-5110 RJB

12              Plaintiff,              **CORRECTED**

13        v.                           AMENDED ORDER DISMISSING
                                        COUNT 1 AND COUNT 3
14   DAVID TIPPENS,

15              Defendant.

16       The Order issued today (Dkt. 174) is HEREBY AMENDED to the following:

17       For the reasons stated in open court on March 14, 2017, Counts 1 and 3 are HEREBY

18   DISMISSED.

19       The dismissal shall become effective on **Thursday**, March 23, 2017, absent a filing of a

20   notice of appeal by the United States. *See* CIPA §6, 18 U.S.C. App. §6(e)(2)(C) ("An order . . .

21   shall not take effect until the court has afforded the United States an opportunity to appeal such

22   order under section 7, and thereafter to withdraw its objection to the disclosure of the classified

23   information at issue."); and CIPA §7, 18 U.S.C. App. §7(a) ("An interlocutory appeal by the

24

1  United States . . . shall lie to a court of appeals from a decision or order of a district court in a

2  criminal case . . . imposing sanctions for nondisclosure of classified information . . .").

3         IT IS SO ORDERED.

4         The Clerk is directed to send uncertified copies of this Order to all counsel of record and

5  to any party appearing *pro se* at said party's last known address.

6         Dated this 15th day of March, 2017.

7

8

9         ROBERT J. BRYAN
          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24